AO 399 (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

OCT 20 '04 AM 10:45 USB

TO: <u>Attorney David L. Baskin, Office of the Regional Solicitor, U.S. Dept. of</u>
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)                        Labor

I, ___Modern Continental Construction Co___ acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of <u>Secretary of Labor v. Modern Continental</u>
(CAPTION OF ACTION)                Construction Company

which is case number _____04-11982 (RCL)_____    **in the United States District Court**
(DOCKET NUMBER)

for the _____ District of __Massachusetts__ .

    I have also received a copy of the complaint in the action, ~~two~~ *one* copies of this instrument, and a means
by which I can return the signed waiver to you without cost to me.

    I agree to save the cost of service of a summons and an additional copy of the complaint in this
lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in
the manner provided by Rule 4.

    I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to
the jurisdiction or venue of the court except for objections based on a defect in the summons or in the
service of the summons.

    I understand that a judgment may be entered against me (or the party on whose behalf I am acting)
if an answer or motion under Rule 12 is not served upon you within 60 days after __27 Sept. 2004__
(DATE REQUEST WAS SENT)
or within 90 days after that date if the request was sent outside the United States.

__10/2/04__
DATE

_____
SIGNATURE

Printed/Typed Name: __Jerrold Solomon__

As __Attorney__    of __Modern Continental__
(TITLE)    (CORPORATE DEFENDANT)
__Construction Co.__

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

This form was electronically produced by Elite Federal Forms, Inc.

DISTRICT COURT
RICT OF MASS.

OCT 25 P 3: 39

FILED
CLERKS OFFICE

**U.S. Department of Labor**

Office of the Solicitor
John F. Kennedy Federal Building - Rm. E-375
Boston, Massachusetts 02203

Reply to the Attention of:

OCT 20 '04 AM 10:45 USB

SOL:DLBaskin:wjm
SOL: No. 03-37210

TEL: (617) 565-2500
FAX:(617) 565-2142

October 18, 2004

Tony Anastas, Clerk
United States District Court
District of Massachusetts
John Joseph Moakley U. S. Courthouse
One Courthouse Way
Boston, Massachusetts 02210

Subject:    Secretary of Labor v. Modern Continental Construction Co.
            Civil Action No. 04-11982 RCL (District of Massachusetts)

Dear Mr. Anastas:

Please find enclosed for filing an executed Waiver of Service form in the above captioned matter.

Sincerely,

Frank V. McDermott, Jr.
Regional Solicitor

David L. Baskin
Attorney

Enclosure

cc: Attorney Jerrold Solomon

*Working for America's Workforce*