UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

---

ELAINE CHAO, SECRETARY OF
LABOR, UNITED STATES
DEPARTMENT OF LABOR,

                   Plaintiff,

         v.                      Civ. No.:  04 11982 RCL

MODERN CONTINENTAL
CONSTRUCTION COMPANY,

                   Defendant.

## **ANSWER OF DEFENDANT MODERN CONTINENTAL CONSTRUCTION COMPANY TO COMPLAINT**

Defendant Modern Continental Construction Co., Inc.,[1] for its answer, states as follows:

### I.

States that the allegation in Paragraph I of the complaint is a conclusion of law to which no response is required.

### II.

Admits the allegation in Paragraph II of the complaint.

### III.

States that the allegation in Paragraph III of the complaint is a conclusion of law to which no response is required.

---

[1] Defendant is improperly named in the Complaint.

IV.

States that the allegations in Paragraph IV of the complaint are conclusions of law to which no response is required. To the extent a response is required, Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph IV of the complaint

V.

Denies the allegation in Paragraph V of the complaint.

VI.

Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph VI of the complaint.

VII.

States that the allegations in Paragraph VII of the complaint are conclusions of law to which no response is required. To the extent a response is required, Defendant denies the allegation in Paragraph VII of the complaint.

VIII.

States that the allegations in Paragraph VIII of the complaint are conclusions of law to which no response is required. To the extent a response is required, Defendant denies the allegation in Paragraph VIII of the complaint.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

The Complaint is barred, in whole or in part, by the doctrines of laches, waiver, estoppel and/or unclean hands.

### THIRD AFFIRMATIVE DEFENSE

Every action Defendant took with respect to Thorndike's employment was taken for legitimate business reasons.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint is barred in whole or in part by the failure to exhaust administrative remedies.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred in whole or in part by his failure to effectively mitigate her damages.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff would have been terminated in the absence of alleged protected conduct.

WHEREFORE, the Defendant prays that this Court:

1. Enter judgment for Defendant on all claims;

2. Award Defendant their costs; and

3. Grant any further relief as the Court may find just and proper.

>Respectfully submitted,
>
>MODERN CONTINENTAL CONSTRUCTION
>
>By its attorneys,
>
>/s/Stephen T. Paterniti
>Stephen T. Paterniti, BBO #
>Robert H. Morsilli, BBO # 629999
>Jackson Lewis LLP
>75 Park Plaza
>Boston, Massachusetts 02116
>(617) 367-0025

Dated: November 24, 2004