UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x

ELAINE CHAO, SECRETARY OF
LABOR, UNITED STATES
DEPARTMENT OF LABOR,

                Plaintiff,

         v.                       Civ. No.: 04 11982 RCL

MODERN CONTINENTAL
CONSTRUCTION COMPANY,

                Defendant.

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D) AND COURT ORDER

The parties submit this Joint Statement pursuant to Local Rule 16.1 of the United States District Court for the District of Massachusetts and the Court's Notice of Scheduling Conference, the parties states as follows:

    **A.**    **Precise Summary of Positions**

        1.    Plaintiff

The Plaintiff avers that the Defendant violated §11(c) of the Occupational Safety and Health Act of 1970, 29 U.S.C. 651, *et seq*, by discharging employee Augustus Thorndike on February 11, 2003 because he had complained about a safety hazard and asked for time to correct it. The Plaintiff seeks, for Thorndike, back wages, damages, reinstatement to his job, and all other appropriate relief. The Plaintiff also seeks an injunction against future violations.

2. <u>Defendant</u>

Defendant denies that Mr. Thorndike was terminated as a result of a safety complaint. Defendant argues that Plaintiff cannot establish that a safety complaint was made or that there was a causal connection between Thorndike's termination and any alleged safety complaint.

Defendant also disputes Plaintiff's assessment of the alleged lost wages asserted as Thorndike would have been laid off as a matter of course at some point between February, 2002 and the present.

B.    **<u>Proposed Pre-Trial Schedule and Discovery Plan</u>**

| | |
|---|---|
| March 1, 2005 | Pleadings amended |
| June 15, 2005 | Mediation (if applicable) |
| June 30, 2005 | Case Management Conference (if ordered by Court) |
| September 1, 2005 | Deadline for completion of all fact discovery, including request for production of documents, interrogatories and fact witness depositions |
| November 1, 2005 | Deadline for filing dispositive motions (either party determines if such a motion is appropriate) |
| January 15, 2006 | Final Pre-Trial Conference |
| February 15, 2006 | Trial Ready Date |

C.    **<u>Settlement</u>**

Defendant has received a written settlement demand from Plaintiff's counsel in accordance with Local Rule 16.1.

2

D. **Certification Pursuant to Local Rule 16.1(D)(3)**

The parties affirm that they have conferred with their clients with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation, and to consider the resolution of this action through alternative dispute procedures, such as those outlined in Local Rule 16.4. Alternative dispute resolution is not appropriate at this time.

The Plaintiff advises that this is an enforcement action under the Occupational Safety and Health Act of 1970, that litigation costs are borne by the Office of the Solicitor, United States Department of Labor, and that the Regional Solicitor is aware of the costs of litigating this matter.

Certification of Defendant required by Local Rule 16.1(D)(3) shall be filed separately.

E. **Trial Before Magistrate Judge**

The parties do not consent at this time to a trial before a magistrate judge.

Respectfully submitted,

| | |
|---|---|
| ELAINE CHAO, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR | MODERN CONTINENTAL CONSTRUCTION CO., INC. |
| By his attorney, | By its attorneys, |
| /s/ David L. Baskin (STP) <br> Frank McDermott, Jr. <br> David L. Baskin BB0 #033010 <br> U.S. Department of Labor <br> Office of the Solicitor <br> JFK Federal Building, Room E-375 <br> Boston, MA  02203 | /s/ Stephen T. Paterniti <br> Stephen T. Paterniti, BBO #564860 <br> Robert H. Morsilli BBO #629999 <br> Jackson Lewis LLP <br> 75 Park Plaza <br> Boston, MA  02116 <br> (617) 367-0025 |

Dated:  December 28, 2004