UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------x

ELAINE CHAO, SECRETARY OF
LABOR, UNITED STATES
DEPARTMENT OF LABOR,

                    Plaintiff,

              v.                                Civ. No.: 04 11982 RCL

MODERN CONTINENTAL
CONSTRUCTION COMPANY,

                    Defendant.

## DEFENDANT'S LOCAL RULE 16.1 CERTIFICATION

Defendant Modern Continental Construction Co., Inc. (improperly named in the Complaint as "Modern Continental Construction Company") and the undersigned counsel for Defendant, in accordance with Rule 16.1(D)(3) of the Local Rules of the United States District Court for the District of Massachusetts, hereby certify that they have conferred:

    a.    with a view to establishing a budget for the cost of conducting the full course - and various alternative courses of this litigation; and

    b.    to consider the resolution of this case through the use of alternative dispute resolution programs, such as those outlined in Local Rule 16.4.

                                                Stephen T. Paterniti, BBO #564860
                                                Jackson Lewis LLP
                                                Attorney for Defendant

Dated: December 28, 2004

                                                Modern Continental Construction Co., Inc.