UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
*************************
ELAINE CHAO, Secretary of Labor,    *
 United States Department of Labor, *
                                    *
                                    *
            Plaintiff,              *
                                    *   CIVIL ACTION
                                    *
       v.                           *
                                    *   FILE NO. 04-11982-RCL
                                    *
                                    *
MODERN CONTINENTAL                  *
CONSTRUCTION CO.,                   *
                                    *
            Defendant.              *
*************************
```

## NOTICE OF APPEARANCE

Please note the appearance of James Glickman as co-counsel for the Plaintiff.

| | |
|---|---|
| Post Office Address: | Howard Radzely |
| U.S. Department of Labor | Solicitor of Labor |
| Office of the Solicitor | |
| JFK Federal Building | |
| Room E-375 | Frank V. McDermott, Jr. |
| Boston, MA 02203 | Regional Solicitor |
| TEL: (617)565-2500 | |
| FAX: (617)565-2142 | David L. Baskin |

_____
James Glickman

## CERTIFICATE OF SERVICE

I hereby do certify that I served the foregoing NOTICE on the 26th

day of December, 2004, by placing one (1) copy of same in a postage-paid envelope

addressed to:

Stephen T. Paterniti, Esq.

Jackson Lewis LLP
75 Park Plaza
Boston, Massachusetts 02116


the last known address, and depositing same in overnight mail at Boston, Massachusetts.

*/s/ James Glick*