UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ELAINE CHAO, Secretary of Labor,     \*
 United States Department of Labor,     \*
                                  \*
           Plaintiff,             \*
                                  \*    CIVIL ACTION
v.                                 \*
                                  \*    FILE NO. 04-11982-RCL

MODERN CONTINENTAL            \*
CONSTRUCTION CO.,                \*
                                  \*
           Defendant.            \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL

The Plaintiff dismisses this case, with prejudice. Each party has agreed to bear its own costs and fees.

Post Office Address:
U.S. Department of Labor
Office of the Solicitor
JFK Federal Building
Room E-375
Boston, MA 02203
Regional Solicitor
TEL: (617)565-2500
FAX: (617)565-2142

Howard Radzely
Solicitor of Labor

Frank V. McDermott, Jr.
Regional Solicitor

David L. Baskin

CERTIFICATE OF SERVICE

I, _____ hereby do certify that I served the foregoing STIPULATION OF DISMISSAL on 15 November, 2005 by placing one (1) copy in a postage-paid envelope addressed to:

> Stephen T. Paterniti, Esq.
> Jackson Lewis LLP
> 75 Park Plaza
> Boston, Massachusetts 02116

the last known address and depositing same in the United States mail at Boston, Massachusetts.

_____